IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Petitioner,                    No. CIV-S-09-2968 JAM KJN (TEMP) P

    vs.

KEN CLARK,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve an amended petition for writ of habeas corpus pursuant to the court's order of June 10, 2010.  He has also filed a motion to substitute Kathleen Dickinson, Warden of California Medical Facility where he is currently housed, as respondent.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for an extension of time (Docket No. 25) is granted;

        2. Petitioner is granted sixty days from the date of this order in which to file and serve an amended petition for writ of habeas corpus; and

////

////

////

////

3. Petitioner's motion to substitute Kathleen Dickinson as respondent (Docket No. 26) is granted; petitioner's amended petition should reflect this change.

DATED: January 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will2968.111