IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Petitioner,          No. 2:09-cv-2968 JAM CKD P

    vs.

KATHLEEN DICKINSON,

    Respondent.        ORDER

_____/

        Petitioner is a state prisoner, proceeding without counsel and in forma pauperis, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has moved to substitute A. Hedgpeth, warden of Salinas Valley State Prison, where petitioner is now incarcerated, as respondent. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994). The motion is well taken.

/////
/////
/////
/////
/////
/////

1

1   Accordingly, IT IS HEREBY ORDERED that the motion for substitution of party
2   (Doc. No. 36) is granted.  The Clerk of Court is directed to substitute A. Hedgpeth as respondent
3   in this action.
4   DATED: August 5, 2011

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

hm
will2968.ord