1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KIRK DOUGLAS WILLIAMS,

11          Petitioner,                    No. CIV S-09-2968 JAM CKD P

12      vs.

13   KATHLEEN DICKINSON,

14          Respondent.                    ORDER

15   _____/

16          Petitioner has filed a motion to stay proceedings in this action pending his appeal

17   of the district court's denial of his motion for preliminary injunction.  (Dkt. No. 54.)  To date, the

18   district court has not adopted this court's September 27, 2011 findings and recommendation that

19   a preliminary injunction be denied.  In any case, this court declines to grant the stay petitioner

20   requests.

21          A district court has the inherent authority to control its own docket and calendar.

22   Yong v. I.N.S., 208 F.3d 1116, 1119 (9th Cir. 2000).  In general, the court has discretion to stay

23   proceedings.  Id.  In this case, petitioner has not offered any compelling reason to stay this action.

24   See Hansen v. Schubert, 459 F. Supp.2d 973, 999 (E.D. Cal. 2006) ("The general rule is that an

25   appellate court should not review a district court ruling until after entry of a final judgment.")

26   ////

1          Accordingly, IT IS HEREBY ORDERED that:

2          1. Petitioner's October 13, 2011 motion to stay (Dkt. No. 54) is denied; and

3          2. Petitioner's October 28, 2011 motion to shorten time for completed ruling (Dkt.

4    No. 59) is denied.

5     Dated: November 16, 2011

6                                                    _____
                                                     CAROLYN K. DELANEY
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10    2
      will2968.ord2

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26