IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

      Petitioner,                      No. CIV S-09-2968 JAM CKD P

      vs.

KATHLEEN DICKINSON,

      Respondent.                   ORDER

_____/

      Petitioner has filed a motion to stay proceedings in this action pending his appeal of the district court's denial of his motion for preliminary injunction. (Dkt. No. 54.) To date, the district court has not adopted this court's September 27, 2011 findings and recommendation that a preliminary injunction be denied. In any case, this court declines to grant the stay petitioner requests.

      A district court has the inherent authority to control its own docket and calendar. Yong v. I.N.S., 208 F.3d 1116, 1119 (9th Cir. 2000). In general, the court has discretion to stay proceedings. Id. In this case, petitioner has not offered any compelling reason to stay this action. See Hansen v. Schubert, 459 F. Supp.2d 973, 999 (E.D. Cal. 2006) ("The general rule is that an appellate court should not review a district court ruling until after entry of a final judgment.")

////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's October 13, 2011 motion to stay (Dkt. No. 54) is denied; and

2. Petitioner's October 28, 2011 motion to shorten time for completed ruling (Dkt. No. 59) is denied.

Dated: November 16, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
will2968.ord2