IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Petitioner,                         No. CIV S-09-2968 JAM CKD P

    vs.

A HEDGPETH,

    Respondent.                   <u>ORDER</u>

_____/

        On September 22, 2011, petitioner filed a request for reconsideration of the magistrate judge's order filed September 13, 2011, granting in part petitioner's motion for an extension of time. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that:

        1. Upon reconsideration, the order of the magistrate judge filed September 13, 2011, is affirmed; and

        2. Petitioner's September 22, 2011 motion for an expedited hearing on the instant motion is denied.

1  DATED: November 21, 2011

3                                           /s/ John A. Mendez
                                            UNITED STATES DISTRICT JUDGE