IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Petitioner,                    No. CIV S-09-2968 JAM CKD P

    vs.

A HEDGPETH,

    Respondent.              <u>ORDER</u>

_____/

       On October 19, 2011, petitioner filed a request for reconsideration of the magistrate judge's order filed October 5, 2011, denying petitioner's request for a fourth extension of time to file an amended petition. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

////

////

////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge filed October 5, 2011 , is affirmed.
3  DATED: November 21, 2011

          /s/ John A. Mendez
          UNITED STATES DISTRICT JUDGE