IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Petitioner,                                                No. 2:09-cv-2968 JAM CKD P

    vs.

R. GROUNDS,

    Respondent.                         ORDER

_____/

        On December 3, 2012, petitioner filed a request for reconsideration of the magistrate judge's order filed November 16, 2012, granting in part petitioner's motion for discovery. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that:

        1. Upon reconsideration, the order of the magistrate judge filed November 16, 2012 is affirmed; and

////

////

////

1     2. Petitioner's December 3, 2012 motion for reconsideration (Dkt. No. 101) is
2 denied.
3 DATED:    December 18, 2012

                                            /s/ John A. Mendez
                                            UNITED STATES DISTRICT COURT JUDGE