UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS, | No. 2:09-cv-2968 JAM CKD P |
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, | |
| Respondent. | |

On December 9, 2015, the district court adopted findings and recommendations denying on the merits the petition in this 28 U.S.C. § 2254 action. (ECF No. 134.) Before the court is petitioner's motion for reconsideration of the judgment. (ECF No. 136.) Petitioner asserts that the district court "committed clear error in . . . denying [his] request to further brief a motion for Certificate of Appealability" and "in declining to issue [a] Certificate of Appealability." (Id. at 2-3.)

A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3)

1

1  if there is an intervening change in controlling law." Id. at 1263.

2       Here, the court has reviewed petitioner's motion and determined that none of these three

3  conditions apply.

4       Accordingly, IT IS HEREBY ORDERED that petitioner's motion for reconsideration

5  (ECF No. 136) is denied.

7      DATED:  2/18/2016

8                                    /s/ John A. Mendez

9                                  UNITED STATES DISTRICT COURT JUDGE